KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: kristen@jsl-law.com

Attorneys for DEFENDANTS OAK RUN ELEMENTARY SCHOOL DISTRICT, MISTI LIVINGSTON, SHAWN HILL and DEATRA MASALA

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Lillian Gonzales,

Plaintiff,

v.

Oak Run Elementary School District, *Superintendent/Principal* Misti Livingston, Shawn Hill; Deatra Masala, Candace Maurer, Luke Person, Board of Trustees, Oak Run Elementary School District,

Defendants.

**CASE NO. 2:24-CV-02850-DC-JDP (PS)**

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS OAK RUN ELEMENTARY SCHOOL DISTRICT, MISTI LIVINGSTON, SHAWN HILL, AND DEATRA MASALA'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 144(c)**

Complaint Filed: October 16, 2024
Trial Date: None Set

Good cause appearing, Defendants' *ex parte* application for extension of time to file responsive pleadings to Plaintiff's Complaint is hereby granted. The responsive pleading deadline for Defendants Oak Run Elementary School District, Misti Livingston, Shawn Hill, and Deatra Masala is hereby set for **January 2, 2025**.

IT IS SO ORDERED.

Dated: December 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE