KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail:  kristen@jsl-law.com

Attorneys for DEFENDANTS OAK RUN ELEMENTARY SCHOOL DISTRICT, MISTI LIVINGSTON, SHAWN HILL, DEATRA MASALA, CANDACE MAURER and LUKE PEARSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lillian Gonzales,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Oak Run Elementary School District, *Superintendent/Principal* Misti Livingston, Shawn Hill; Deatra Masala, Candace Maurer, Luke Pearson, Board of Trustees, Oak Run Elementary School District,<br><br>　　　　Defendants. | **CASE NO. 2:24-CV-02850-DC-JDP (PS)**<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT MISTI LIVINGSTON'S EX PARTE APPLICATION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:　October 16, 2024<br>Trial Date:　　　　None Set |

Good cause appearing, Defendant Misti Livingston's *ex parte* application for further extension of time to file responsive pleadings to Plaintiff's Complaint is hereby granted. The responsive pleading deadline for Defendant Misti Livingston is hereby set for **January 16, 2025**.

IT IS SO ORDERED.

Dated:　January 6, 2025　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE